|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |
| PHILIP LOCASCIO, on behalf of himself, and all other similarly situated, and on behalf of the general public,<br><br>                   Plaintiffs,<br>   v.<br>HERTZ LOCAL EDITION; THE HERTZ CORPORATION; and DOES 1-100,<br><br>                   Defendants.<br>_____<br>TREVINE FERNANDO, on behalf of himself, and all others similarly situated,<br><br>                   Plaintiff,<br>   v.<br>HERTZ LOCAL EDITION CORPORATION, a Delaware Corporation; and DOES 1-50, inclusive,<br><br>                   Defendant. | CASE NO. 15cv0667-WQH-KSC<br>CASE NO. 15cv2732-WQH-KSC<br><br>ORDER |

HAYES, Judge:

      Based upon the parties' Joint Motion to Consolidate Cases pursuant to Federal Rule of Civil Procedure 42(a)(2), and the facts set forth therein,

1  IT IS HEREBY ORDERED that the Joint Motion to Consolidate Cases pursuant to Federal Rule of Civil Procedure 42(a)(2) (ECF No. 26) is granted. *LoCascio, et al. v. Hertz Local Edition Corp., et al.*, Case No. 15cv667-WQH-KSC and *Fernando v. Hertz Local Edition Corp., et al.*, Case No. 15cv2732-WQH-KSC shall be consolidated for all purposes. *LoCascio, et al. v. Hertz Local Edition Corp., et al.*, Case No. 15cv667, shall be the lead case and all subsequent pleadings and motions shall be filed under that caption and case number. Plaintiffs shall file the Consolidated Complaint in the lead case within seven (7) days of the entry of this Order. Defendants shall file a response to the Consolidated Complaint within twenty-one (21) days after the Consolidated Complaint is filed and served.

IT IS FURTHER ORDERED that the scheduling Order issued on October 1, 2015 in the *LoCascio* Action (ECF No. 9 in that matter) applies with equal force and effect to the consolidated cases.

IT IS FURTHER ORDERED that nothing in the Stipulation shall constitute a waiver of Defendants' rights to contest or otherwise challenge the claims raised in the Consolidated Complaint or in any other litigation pending against either Defendant.

DATED: March 16, 2016

*[signature: William Q. Hayes]*
**WILLIAM Q. HAYES**
United States District Judge